**Opinion issued August 31, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-23-00594-CV**

————————————

## IN RE CECILIA VALLEJO, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Cecilia Vallejo, filed a petition for a writ of mandamus challenging the trial court's July 14, 2023 order denying her "Amended Motion to Dismiss the Department [of Family and Protective Service's] Original Petition in Intervention for Protection of a Child and for Conservatorship, and for Termination in Suit Affecting the Parent-Child Relationship for Lack of Court[']s Jurisdiction . . . Due

to Loss of Plenary Power."[1]  Relator requested that the Court grant mandamus relief and "issue a writ of mandamus commanding [the trial court] . . . to sign an [o]rder of [d]ismissal" of the termination proceeding.

Our review of relator's mandamus petition reflects that relator has failed to establish that she is entitled to mandamus relief.  Accordingly, we deny relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.

---

[1]	The underlying case is *In the Interest of R.A.L., a Child*, Cause No. 2021-01001, in 310th District Court of Harris County, Texas, the Honorable Sonya Heath presiding.